**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER SETTING CONDITIONS OF** |
| Plaintiff, | ) | **PRETRIAL RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 4:07-cr-059 |
| Tyler Mark Haugen, | ) | |
| | ) | |
| Defendant. | ) | |

On August 17, 2010, defendant made his initial appearance on a Petition for Warrant or Summons for Offender Under Supervision. Bill Schmidt appeared on behalf of the defendant, Dave Hagler appeared on behalf of the United States. Terry Gunville was present for Probation and Pretrial Services.

The United States recommended that defendant be released pending the final revocation hearing in this matter on the existing terms of his supervised release, and on the additional term that his home confinement with electronic monitoring be extended to the date of the final revocation hearing. Defendant and Pretrial Services both concurred in the United States' recommendation.

Based upon the foregoing, it is **ORDERED** that the defendant be released pending his final revocation hearing upon the presently existing terms of supervised release, and that the condition that the defendant participate in a home confinement program with electronic monitoring shall continue to be in effect until the defendant's final revocation hearing.

Dated this 18th day of August, 2010.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge